# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FREDY PERDOMO-GONZALEZ, | Case No. 2:25-cv-02121-RFB-EJY |
| Petitioner, | **ORDER** |
| v. | |
| KRISTI NOEM, *et al.*, | |
| Respondents. | |

Before the Court is counseled Petitioner Fredy Perdomo-Gonzalez's Amended Petition for Writ of Habeas Corpus (ECF No. 5) under 28 U.S.C. § 2241 and Amended Motion for Preliminary Injunction (ECF No. 6), challenging his continued detention at Nevada Southern Detention Center. The Court has reviewed the Petition and Motion and preliminarily believes Petitioner likely can demonstrate that his circumstances warrant the same relief as this Court ordered for Petitioner Arce-Cervera in Arce-Cervera v. Noem, No. 2:25-cv-01895-RFB-NJK, 2025 WL 3017866 (D. Nev. Oct. 28, 2025).

Thus, pursuant to 28 U.S.C. § 2243, Respondents are **ORDERED TO SHOW CAUSE** in writing by filing a return later than **5:00 p.m**. on **November 7, 2025,** on why the Court should not grant the Petition. Petitioner may file a traverse no later than **November 11, 2025**.

The Parties are **FURTHER ORDERED** to indicate in their briefing whether they request oral argument or an evidentiary hearing on the Motion or Petition. The Court would be amenable to ruling on the papers if the parties indicate that they are willing to waive a hearing. If Respondents have no new arguments to offer that have not already been addressed by the Court, they may so indicate by reference to their previous briefing, while reserving appellate rights. Respondents should file the referenced briefing as an attachment for Petitioner's counsel's review.

**IT IS FURTHER ORDERED** that Respondents file a notice of appearance by **November 7, 2025.**

**IT IS FURTHER ORDERED** that Respondents must file with their Return any documents referenced or relied upon in their responsive pleading. Respondents must also file: any arrest warrant, Notice to Appear, Form-286, and Form I-213 relevant to Petitioner's detention.

**IT IS FURTHER ORDERED** that Respondents shall not transfer Petitioner out of this District. See F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (noting the court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction"). Given the exigent circumstances, the Court finds that this order is warranted to maintain the *status quo* pending the hearing and any subsequent order and finds that Petitioner has satisfied the factors governing the issuance of such preliminary relief.

**IT IS FURTHER ORDERED** that the Clerk of Court:

1. **DELIVER** copies of the Amended Petition (ECF No. 5), Amended Motion (ECF No. 6), and this Order to the U.S. Marshal for service.

2. **SEND**, through CM/ECF, copies of the Amended Petition (ECF No. 5), Amended Motion (ECF No. 6), and this Order to the United States Attorney for the District of Nevada in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) by adding United States Attorney for the District of Nevada to the docket as an Interested Party at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, caseview.ecf@usdoj.gov.

3. **MAIL** copies of the Amended Petition (ECF No. 5), Amended Motion (ECF No. 6), and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

   (1) Kristi Noem, Secretary of the U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Ave. SE, Washington, DC 20528-0525;

   (2) Pam Biondi, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530;

   (3) Todd Lyons, Acting Director, U.S. Immigration and Customs Enforcement, 500 12th St. SW, Washington, DC 20536;

(4) Bryan Wilcox, Field Office Director for Detention and Removal, Salt Lake City Field Office, U.S. Immigration & Customs Enforcement, 2975 Decker Lake Drive, Suite 100, West Valley City, UT 84119; and

(5) John Mattos, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave., Pahrump, NV 89060.

**IT IS FURTHER ORDERED** that the U.S. Marshal **SERVE** copies of the Amended Petition (ECF No. 5), Amended Motion (ECF No. 6), and this Order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that, pursuant to General Order 2025-07, In Re: Stay of Civil Proceedings Involving the United States During Lapse of Appropriations, Petitioner's counsel is instructed to **SEND** by electronic mail a courtesy copy of the Amended Petition and Amended Motion to the Civil Division of the U.S. Attorney's Office for the District of Nevada at USANV.CivilDuty@usdoj.gov and on the Civil Chief for the U.S. Attorney's Office for the District Nevada at Summer.Johnson@usdoj.gov.

**DATED:** November 4, 2025.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**