TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Respondents*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FREDY PERDOMO-GONZALEZ, | Case No. 2:25-cv-02121-RFB-EJY |
| Petitioner, | **Stipulated Briefing Schedule** |
| v. | |
| KRISTI NOEM, Secretary of the United States Department of Homeland Security; PAM BONDI, United States Attorney General; TODD LYONS, Director of United States Immigration and Customs Enforcement; BRYAN WILCOX, Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement, Department of Homeland Security; JOHN MATTOS, Warden, Nevada Southern Detention Center; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, | |
| Respondents. | |

Pursuant to this Court's Order, ECF No. 22, Petitioner Fredy Perdomo-Gonzalez, and Federal Respondents Todd Lyons, Kristi Noem, Bryan Wilcox, Pam Bondi, United States Department of Homeland Security, and United States Immigration and Customs Enforcement, through undersigned counsel, hereby agree to the briefing schedule set forth below.

January 22, 2026:   Federal Respondents will file their opposition brief to the Petition.

January 29, 2026:   Petitioner will file his reply brief in support of the Petition.

Respectfully submitted this 19th day of December 2025.

/s/ Jeremy Mondejar
JEREMY MONDEJAR, ESQ.
Nevada Bar No. 11213
2885 E Charleston BLVD, Suite 103
Las Vegas, NV 89104
Telephone: (702) 816-6611

*Attorney for Petitioner*

SIGAL CHATTAH
First Assistant United States Attorney

/s/ Virginia T. Tomova
VIRGINIA T. TOMOVA
Assistant United States Attorney

*Attorneys for the Federal Respondents*

**IT IS SO ORDERED**

_____
RICHARD F. BOULWARE II
U.S. DISTRICT JUDGE

DATED: ___**DECEMBER 22, 2025.**___